UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WILSON NORWOOD,<br><br>    Plaintiff,<br><br>    v.<br><br>SUZAN HUBBARD,<br><br>    Defendant. | 1:07-cv-0889 OWW SMS PC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(DOCUMENT #5) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 24, 2007, plaintiff filed a motion to extend time to submit his application to proceed in forma pauperis. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his application to proceed in forma pauperis.

IT IS SO ORDERED.

**Dated:   July 31, 2007**              /s/ Sandra M. Snyder
                                UNITED STATES MAGISTRATE JUDGE