UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WILSON NORWOOD,<br><br>      Plaintiff,<br><br>   vs.<br><br>SUZAN HUBBARD, et al.,<br><br>      Defendants. | 1:07-cv-00889-OWW-SMS-PC<br>LEAD CASE<br><br>ORDER RE PLAINTIFF'S MOTION<br>TO CLARIFY INFORMATION<br>(Doc. 11)<br><br>ORDER FOR CLERK TO SEND<br>DOCKET SHEETS TO PLAINTIFF |

Plaintiff, Kenneth Wilson Norwood ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 4, 2007, plaintiff filed a motion for clarification of the status of the applications for leave to proceed in forma pauperis in his four cases pending before this court.[1] (Doc. 11.) On April 1, 2008, the court consolidated plaintiff's four cases, designating this action as the lead case, and administratively closing the other three

---

[1] Plaintiff's four pending cases included (1) Norwood v. Hubbard (this action), 1:07-cv-00889-OWW-SMS-PC; (2) Norwood v. Carter, 1:07-cv-00894-LJO-DLB-PC; (3) Norwood v. Hartley, 1:07-cv-00895-OWW-DLB-PC; and (4) Norwood v. Official Captain, 1:07-cv-00896-AWI-DLB-PC (hereinafter "four cases"). All four cases were filed on June 22, 2007.

1

cases. (Doc. 12.) Plaintiff is advised that the consolidated action now includes all defendants and claims brought by plaintiff in his four cases. Plaintiff was granted leave to proceed in forma pauperis in all four cases before they were consolidated, and he shall continue to proceed in forma pauperis in the consolidated action. The Clerk of Court shall send plaintiff copies of the docket sheets for his four cases, so plaintiff can review them for the court's orders granting leave to proceed in forma pauperis in each case.[2]

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to clarify information is RESOLVED by this order, and

2. The Clerk of Court is DIRECTED to send to plaintiff copies of the docket sheets for each of the following cases:

(1) <u>Norwood v. Hubbard</u> (this action) . . . . . 1:07-cv-00889-OWW-SMS-PC;

(2) <u>Norwood v. Carter</u> . . . . . . . . . . . . . . . . . 1:07-cv-00894-LJO-DLB-PC;

(3) <u>Norwood v. Hartley</u> . . . . . . . . . . . . . . . . 1:07-cv-00895-OWW-DLB-PC; and

(4) <u>Norwood v. Official Captain</u> . . . . . . . . . 1:07-cv-00896-AWI-DLB-PC.

IT IS SO ORDERED.

**Dated:    April 3, 2008**                    /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE

---

[2] Plaintiff is directed to the court's orders granting leave to proceed in forma pauperis in his four cases, as follows: (1) Document #8 in case 1:07-cv-00889-OWW-SMS-PC; (2) Document #6 in case 1:07-cv-00894-LJO-DLB-PC; (3) Document #6 in case 1:07-cv-00895-OWW-DLB-PC; and (4) Document #9 in case 1:07-cv-00896-AWI-DLB-PC.

2