IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH NORWOOD, | 1:07-cv-00889-OWW-SMS (PC) |
| Plaintiff, | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT |
| vs. | |
| SUZAN HUBBARD, et al., | (DOCUMENT #14) |
| Defendants. | SIXTY (60) DAY DEADLINE TO FILE AMENDED COMPLAINT |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 7, 2008, plaintiff filed a motion to extend time to file an amended complaint, pursuant to the court's order of April 1, 2008. (Doc. 12.) Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted sixty (60) days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:   April 17, 2008**              /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE