SC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kenneth Wilson Norwood, | No. CV 1-07-00889-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| Suzan Hubbard, et al., | |
| Defendants. | |

Plaintiff Kenneth Wilson Norwood, who is confined in Corcoran State Prison, filed four *pro se* civil rights actions pursuant to 42 U.S.C. § 1983 concerning an assault by another inmate that occurred on September 11, 2006. The four cases were consolidated under this case number and Plaintiff was ordered to file an amended complaint in the consolidated action containing "all relevant allegations against all named defendants." (Doc.# 12 at 5.)[1] Plaintiff filed a First Amended Complaint containing 111 pages, excluding exhibits. (Doc.# 17.) The Court dismissed the First Amended Complaint with leave to amend. (Doc.# 21.) Plaintiff then filed a Second Amended Complaint, followed by motions for permanent injunction, service of process, and appointment of counsel. (Doc.# 24-27.) In an Order filed May 7, 2009, the Court denied Plaintiff's motions and ordered Defendants Carter, Covarrubias, Price, Brandon, Frescura, Pascua, Koehler, Gonzales, Morales, Canedo, Keener, and Maldonado to answer Counts II (in part) and III (in part) of the Second

---

[1] "Doc.#" refers to the docket number of filings in this case.

JDDL

Amended Complaint and dismissed the remaining claims and Defendants without prejudice. (Doc.#28.) On May 20, 2009, Plaintiff filed a request for a 30-day extension of time to file objections to dismissal of Defendants in the prior Order. (Doc.# 29.) Plaintiff also filed a motion for leave to amend his Second Amended Complaint. (Doc.# 30.) Both motions will be denied.

In both motions, Plaintiff indicates that he wishes to amend his Second Amended Complaint and attempt to cure the deficiencies in the claims asserted against the Defendants dismissed by the prior Order, i.e., Hubbard, Brooks, Adams, and Hartley. Under Rule 15(a)(1)(A) of the Federal Rules of Civil Procedure, a "party may amend the party's pleading once as a matter of course . . . before being served a responsive pleading[.]" "In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed.R.Civ.P. 15(b)(1).

Because Plaintiff has already amended his complaint, he requires leave of Court before he may again amend. Before the Court will consider a motion to amend the Second Amended Complaint, however, Plaintiff must attach a copy of his proposed third amended complaint as an exhibit.[2] It is the review of a lodged third amended complaint that will enable the Court to assess whether leave to amend should be granted.[3] Because Plaintiff has not submitted a proposed third amended complaint with his motion to amend, the Court will deny that motion. Plaintiff may file a new motion to amend with a proposed third amended

---

[2] Further, Local Rule 15-220 provides that:
Unless prior approval to the contrary is obtained from the Court, every pleading to which an amendment . . . has been allowed by Court order shall be retyped and filed so that it is complete in itself without reference to the prior or superseded pleading. No pleading shall be deemed supplemented until this Rule has been complied with. . . . .

[3] Leave to amend "shall be freely given when justice so requires," and courts review motions to amend "in light of the strong policy permitting amendment." Gabrielson v. Montgomery Ward & Co., 785 F.2d 762, 765 (9th Cir. 1986). Factors to be considered in ruling on a motion to amend include undue delay, bad faith or dilatory motive, futility of amendment, and undue prejudice to the opposing party. Foman v. Davis, 371 U.S. 178, 182 (1962); Waldrip v. Hall, 548 F.3d 729, 732 (9th Cir. 2008).

complaint. The Court will deny Plaintiff's request to extend time to file objections to the Court's last Order inasmuch as Plaintiff states that he intends to seek leave to amend to cure deficiencies cited by the Court in its last Order and not on the basis of error in dismissing any Defendant or claim.

Accordingly,

**IT IS ORDERED:**

(1) Plaintiff's request for an extension of time in which to file objections to the Order filed on May 7, 2009 is **denied**. (Doc.# 29.)

(2) Plaintiff's motion for leave to amend the Second Amended Complaint is **denied** without prejudice to filing a new motion for leave to amend with a proposed third amended complaint. (Doc.# 30.)

DATED this 21st day of May, 2009.

_____
Stephen M. McNamee
United States District Judge