IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Kenneth Wilson Norwood, | ) | No. 1:07-CV-00889-SMM |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Suzan Hubbard, et al., | ) ) | |
| Defendants. | ) ) ) | |

Before the Court is Defendants' Motion for a Continuance of the Rule 16 Scheduling Conference (Dkt. 46), which is set for March 31, 2010. Defendants request a one-week continuance because defense counsel has a trial beginning on March 29, 2010 that will likely not conclude by March 31, 2010.

Good cause appearing,

**IT IS HEREBY ORDERED** that Defendants' Motion for a Continuance of the Rule 16 Scheduling Conference (Dkt. 46) is **GRANTED**.

**IT IS FURTHER ORDERED** that a telephonic Scheduling Conference is set for **Tuesday, April 6, 2010 at 2:00 p.m. Arizona time**. Defense counsel shall initiate a conference call and secure Plaintiff on the line before telephoning Judge McNamee's chambers at (602) 322-7555, no later than 1:55 p.m. Arizona time, on April 6, 2010.

DATED this 9th day of March, 2010.

Stephen M. McNamee
United States District Judge