1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT

7          FOR THE EASTERN DISTRICT OF CALIFORNIA

8
Kenneth Wilson Norwood,              )      No. 1:07-CV-00889-SMM
9                                    )
         Plaintiff,                  )      **ORDER**
10                                   )
vs.                                  )
11                                   )
                                     )
12  Suzan Hubbard, et al.,           )
                                     )
13        Defendants.                )
                                     )
14  _____ )

15          Before the Court is Plaintiff's Reply to all of the Defendants' Answer (Dkt. 49), which

16  the Court will strike.  Plaintiff's Reply consists of 53 pages of argument and 270 pages of

17  attachments.  The attachments contain previous Court orders, newspaper articles, published

18  case law, and various other documents.  Plaintiff contends that Federal Rule of Civil

19  Procedure 12(c)(2) requires him to file a reply to a counterclaim within twenty days after

20  being served.  However, "Rule 12(c)(2)" does not exist in the Federal Rules of Civil

21  Procedure.

22          Plaintiff may be referring to Rule 12(a)(1)(B), which requires a party to "serve an

23  answer to a *counterclaim . . .* within 21 days after being served *with the pleading that states*

24  *the counterclaim . . .*" Fed. R. Civ. P. 12(a)(1)(B) (emphasis added).  Regardless, Rule

25  12(a)(1)(B) does not apply.  Defendants Carter, Covarrubias, Brandon, Canedo, Frescura,

26  Gonzales, Keener, Pascua, Price, Koelher, and Morales answered Plaintiff's Second

27  Amended Complaint (Dkt. 43), which Defendant Maldonado joined in (Dkt. 44).  None of

28  the Defendants stated a counterclaim against Plaintiff.  Therefore, Plaintiff may not serve a

"reply" to a counterclaim when no counterclaim is asserted against him.

1   Accordingly,

2   **IT IS HEREBY ORDERED** that Plaintiff's Reply to Defendants' Answer (Dkt. 49)

3   is **STRICKEN**.

4   DATED this 15th day of March, 2010.

5

6

7

8   _____
    Stephen M. McNamee
9   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -