IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kenneth Wilson Norwood,<br><br>    Plaintiff,<br><br>vs.<br><br>Suzan Hubbard, et al.,<br><br>    Defendants. | No. 1:07-CV-00889-SMM<br><br>**ORDER** |

Due to a conflict on the Court calendar,

**IT IS HEREBY ORDERED** that the telephonic Scheduling Conference set for Tuesday, April 6, 2010 at 2:00 p.m. is **RESET** for **Tuesday, April 13, 2010 at 1:30 p.m.** Defense counsel shall initiate a conference call and secure Plaintiff on the line before telephoning Judge McNamee's chambers at (602) 322-7555, no later than 1:25 p.m., on April 13, 2010.

DATED this 24th day of March, 2010.

_[signature]_
Stephen M. McNamee
United States District Judge