UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

KENNETH NORWOOD

      Plaintiff,                    No. 1:07-CV-0889-SMM

    vs.

SUZAN HUBBARD, et al.,

      Defendants.              <u>ORDER</u>

_____/

      Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983. This case will be referred to Magistrate Judge Jennifer L. Thurston to conduct a settlement conference at Pleasant Valley State Prison (PVSP) on June 28, 2010, at 10:00 a.m.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. This case is set for a settlement conference before Magistrate Judge Jennifer L. Thurston on **June 28, 2010**, at **10:00 a.m.** at Pleasant Valley State Prison, 24863 West Jayne Avenue, Coalinga, California 93210;

      2. The parties shall appear with full settlement authority;

      3. The parties are to provide confidential settlement conference statements to Sujean Park, ADR Coordinator, 501 I Street, Sacramento, Suite 4-200, California 95814, so they

1

1  arrive no later than June 21, 2010;

2        4. The Clerk of the Court is directed to serve a copy of this order on the

3  Litigation Office at Pleasant Valley State Prison via facsimile at (559) 935-4928.

4        5. The proceedings are stayed until June 30, 2010.  The Court will re-set the

5  discovery and dispositive motion deadlines, if necessary.  Should the parties need more time for

6  consideration, the parties may move to extend the stay.

7        6. The parties shall keep the Court apprised of the outcome of mediation.  The

8  parties shall file a status report within 10 days of the mediation, or if settlement is reached, the

9  parties shall file a Notice of Settlement with the Court.

10      DATED this 23rd day of April, 2010.

*[signature]*

Stephen M. McNamee
United States District Judge