IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kenneth Wilson Norwood,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Suzan Hubbard, et al.,<br><br>　　　　Defendants. | No. 1:07-CV-00889-SMM<br><br>**ORDER** |

Before the Court is Plaintiff's Request to Reschedule Disposition Dates (Doc. 63), in which he requests that the Court reset the July 1, 2010 discovery deadline. This case was stayed while the parties conducted a settlement conference before a magistrate judge (Doc. 56). Recently, Defendants notified the Court they were unable to reach a settlement (Doc. 61). As such, the Court lifted the stay and reset the discovery deadline to September 30, 2010. Additionally, the Court reset the dispositive motion deadline to December 15, 2010 (Doc. 62). Because the Court has already changed the discovery deadline from July 1, 2010 to September 30, 2010, the Court will deny Plaintiff's motion as moot.

///

///

///

///

///

///

1   Accordingly,

2   **IT IS HEREBY ORDERED** that Plaintiff's Request to Reschedule Disposition Dates
3   (Doc. 63), which the Court construes as a motion to reschedule the discovery deadline is
4   **DENIED as moot**.

5   DATED this 19th day of July, 2010.

*[signature]*
Stephen M. McNamee
United States District Judge