IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kenneth Wilson Norwood,          )<br>                                            )<br>            Plaintiff,                  )<br>                                            )<br>vs.                                        )<br>                                            )<br>                                            )<br>Suzan Hubbard, et al.,            )<br>                                            )<br>            Defendants.            )<br>_____) | No. 1:07-CV-00889-SMM<br><br>**ORDER** |

Before the Court is Plaintiff's motion for an order allowing him to have "priority law library access" at the Pleasant Valley State Prison from the present date until September 30, 2010 (Doc. 65). Plaintiff states that he needs constant access to the law library in order to properly conduct discovery before the September 30, 2010 discovery deadline. According to Plaintiff, the law library will only grant priority law library access to an inmate thirty days before a court-ordered deadline. Therefore, Plaintiff requests an order allowing Pleasant Valley State Prison to give Plaintiff priority law library access from the present date.

However, the Court does not have jurisdiction to order the Pleasant Valley State Prison officials to provide such relief in this matter. If the law library policy applies as Plaintiff alleges, then he can request priority law library access thirty days before the September 30, 2010 discovery deadline by presenting the Court's previous order (Doc. 62) to the law library staff. The Court does not determine whether that request will be granted. If Plaintiff later believes there is good cause to extend the discovery deadline, then Plaintiff may move the Court for an extension of the deadline before its expiration.

1   Accordingly,

2   **IT IS HEREBY ORDERED** that Plaintiff's motion for an order allowing him to have
3   "priority law library access" at the Pleasant Valley State Prison from the present date until
4   September 30, 2010 (Doc. 65) is **DENIED**.

5   DATED this 21st day of July, 2010.

_____
Stephen M. McNamee
United States District Judge