IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kenneth Wilson Norwood,  )<br>     Plaintiff,  )<br>vs.  )<br>Suzan Hubbard, et al.,  )<br>     Defendants.  )<br>_____ ) | No. 1:07-CV-00889-SMM<br>**ORDER** |

Before the Court is Plaintiff's Motion for a 45-day Extension of the Discovery Deadline (Doc. 69). The Court finds it necessary to hold a status conference regarding this matter.

Accordingly,

**IT IS HEREBY ORDERED** that a telephonic Scheduling Conference is set for **Monday, September 20, 2010 at 1:30 p.m.[1]** The attorneys for Defendants shall initiate a conference call and then secure Plaintiff on the line before telephoning Judge McNamee's chambers at (602) 322-7555, no later than 1:25 p.m., on September 20, 2010.

DATED this 13th day of September, 2010.

Stephen M. McNamee
United States District Judge

---

[1] Currently, Arizona and California have the same time.