IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kenneth Wilson Norwood,<br><br>    Plaintiff,<br><br>vs.<br><br>Suzan Hubbard, et al.,<br><br>    Defendants. | No. 1:07-CV-00889-SMM<br><br>**ORDER** |

Due to a conflict on the Court calendar,

**IT IS HEREBY ORDERED** that the telephonic Scheduling Conference set for Monday, September 20, 2010 at 1:30 p.m. is **RESET** for **Wednesday, September 22, 2010 at 2:30 p.m.** The attorneys for Defendants shall initiate a conference call and then secure Plaintiff on the line before telephoning Judge McNamee's chambers at (602) 322-7555, no later than 2:25 p.m., on September 22, 2010.

DATED this 17th day of September, 2010.

_____
Stephen M. McNamee
United States District Judge