1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                  FOR THE EASTERN DISTRICT OF CALIFORNIA

8
    Kenneth Wilson Norwood,              )    No. 1:07-CV-00889-SMM
9                                        )
              Plaintiff,                 )    **ORDER**
10                                       )
    vs.                                  )
11                                       )
                                         )
12  Suzan Hubbard, et al.,               )
                                         )
13            Defendants.                )
                                         )
14  _____ )

15          Before the Court is Defendant Carter's Request for Extension of Time to Respond to

16  Plaintiff's Request for Admissions (Doc. 79).  Defendant Carter requests a 30 day extension

17  from the original Oct. 11, 2010 response deadline.   On September 23, 2010, the Court issued

18  an Order resetting the discovery deadline in this case to December 31, 2010 and the pre-trial

19  dispositive motion deadline to March 18, 2011 (Doc. 75).  In light of the extension granted

20  by the Court in its Order and good cause shown by the Defendant for his requested extension,

21  the Court will grant Defendant's request.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    Accordingly,

2       **IT IS HEREBY ORDERED** that Defendant Carter's Request for Extension of Time

3    to Respond to Plaintiff's Request for Admissions  (Doc. 79) is **GRANTED**; and Defendants

4    shall serve their responses to Plaintiff's First Set of Requests for Admissions by November

5    12, 2010.

6       DATED this 12th day of October, 2010.

7

8

9                                        Stephen M. McNamee

10                                       United States District Judge