IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kenneth Wilson Norwood,<br><br>    Plaintiff,<br><br>v.<br><br>Suzanne Hubbard, et al.,<br><br>    Defendants. | No. 1:07-CV-00889-SMM<br><br>**ORDER** |

Before the Court is Plaintiff Kenneth Norwood's ("Norwood") Request that the Court subpoena documents from an internal investigation at the Corcoran State Prison (Doc. 83).

The issuance of subpoenas in civil cases is governed by Federal Rule of Civil Procedure 45. Rule 45(a)(3) requires that "[t]he clerk must issue a subpoena, signed but otherwise blank, to a party who requests it. That party must complete it before service." Rule 45(b) then requires that the subpoena be served by "delivering a copy to the named person."

In this case, Norward is proceeding *in forma pauperis* (See Doc. 8). The *in forma pauperis* statute, 28 U.S.C. § 1915, authorizes the Court to pay for service of process on behalf of an indigent litigant. Tedder v. Odel, 890 F.2d 210, 211-12 (9th Cir. 1989).

1  However, the statute does not authorize the waiver of witness fees or other fees to be
2  tendered with the subpoena.  Id.
3       The Clerk of Court is **HEREBY ORDERED** to issue a subpoena in blank and a
4  Form USM-285 to Norwood.  Norwood is directed to complete the subpoena in
5  accordance with Rule 45 and return it to the Court with a copy of this Order and the
6  documentation required by California Evidence Code Sections 1043 and 1046.  Norwood
7  is further directed to return the Form USM-285 to the Court in order to assure service of
8  the subpoena is accomplished in an expeditious manner.
9       **IT IS FURTHER ORDERED** that the United States Marshals Service shall serve
10 the subpoena as requested.
11      DATED this 3rd day of November, 2010.

Stephen M. McNamee
United States District Judge

- 2 -