IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Kenneth Wilson Norwood,<br><br>        Plaintiff,<br><br>v.<br><br>Suzanne Hubbard, et al.,<br><br>        Defendants. | No. 1:07-CV-00889-SMM<br><br>**ORDER** |

Before the Court is Plaintiff Kenneth Norwood's ("Norwood") Request that the Court subpoena medical records from Community Regional Medical Center in Fresno, California (Doc. 84).

The issuance of subpoenas in civil cases is governed by Federal Rule of Civil Procedure 45. Rule 45(a)(3) requires that "[t]he clerk must issue a subpoena, signed but otherwise blank, to a party who requests it. That party must complete it before service." Rule 45(b) then requires that the subpoena be served by "delivering a copy to the named person."

In this case, Norward is proceeding *in forma pauperis* (See Doc. 8). The *in forma pauperis* statute, 28 U.S.C. § 1915, authorizes the Court to pay for service of process on behalf of an indigent litigant. Tedder v. Odel, 890 F.2d 210, 211-12 (9th Cir. 1989). However, the statute does not authorize the waiver of the document production fees to be

tendered with the subpoena. Id. Therefore, Norwood must pay or make arrangements with the hospital regarding the charges to obtain copies of medical records discussed in the "Information About Accessing Your Medical Records" document (Doc.84, Ex. B).

The Clerk of Court is **HEREBY ORDERED** to issue a subpoena in blank and a Form USM-285 to Norwood. Norwood is directed to complete the subpoena in accordance with Rule 45 and return it to the Court with a copy of this Order. Norwood is further directed to return the Form USM-285 to the Court in order to assure service of the subpoena is accomplished in an expeditious manner.

**IT IS FURTHER ORDERED** that the United States Marshals Service shall serve the subpoena as requested.

DATED this 9th day of November, 2010.

_____
Stephen M. McNamee
United States District Judge