IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Kenneth Wilson Norwood,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Suzanne Hubbard, et al.,<br><br>　　　　Defendants. | No. 1:07-CV-00889-SMM<br><br>**ORDER** |

Pending before the Court is Plaintiff Kenneth Norwood's Motion to Compel Defendants Brandon, Canedo, Frascura, Gonzales, Keener, Koehler, Morales, Pascua Price and Maldonado ("Defendants") to respond to Plaintiff's requests for admissions (Doc. 94). On December 13, 2010, the parties filed a stipulation agreeing to withdraw Plaintiff's Motion to Compel (Doc. 97).

Accordingly,

**IT IS HEREBY ORDERED GRANTING** the Parties' Stipulation to withdraw Plaintiffs' Motion to Compel Doc. 97.

//

//

//

//

1  **IT IS FURTHER ORDERED DENYING** Plaintiff's Motion to Compel (Doc. 94) as moot.

DATED this 14th day of December, 2010.

Stephen M. McNamee
United States District Judge