IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kenneth Wilson Norwood,<br><br>          Plaintiff,<br><br>vs.<br><br>Suzan Hubbard, et al.,<br><br>          Defendants. | No. 1:07-CV-00889-SMM<br><br>**ORDER** |

Before the Court is Plaintiff's Motion to Stay the Motion for summary judgment filed by Defendants Brandon, Canedo, Frescura, Gonzales, James, Keener, Koehler, Maldonado, Morales, Pascua, and Price (Doc. 101). The discovery deadline in this case is set for December 31, 2010. The Court has already granted Plaintiff an extension until March 1, 2011 to complete his Response (Doc. 98). As of today, Plaintiff has more than two months to receive the discovery documents he has subpoenaed and file his motion. A hypothetical possibility that he will not receive the documents is no basis for providing the requested relief. If Plaintiff has not received the subpoenaed documents a reasonable time before the current response deadline, the Court will consider a request for an extension.

**IT IS HEREBY ORDERED DENYING** Plaintiff's Motion to Stay (Doc. 101).

DATED this 22nd day of December, 2010.

_____
Stephen M. McNamee
United States District Judge