IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kenneth Wilson Norwood,<br><br>    Plaintiff,<br><br>vs.<br><br>Suzan Hubbard, et al.,<br><br>    Defendants. | No. 1:07-CV-00889-SMM<br><br>ORDER DIRECTING SERVICE OF SUBPOENAS DUCES TECUM BY UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS<br><br>(Doc. 102 ) |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Kenneth Wilson Norwood, a state prisoner proceeding pro se and in forma pauperis. Pursuant to the Court's order of December 22, 2010 (Doc. 102), Plaintiff submitted the subpoena duces tecum and the clerk's office completed the USM-285 forms. Fed. R. Civ. P. 4, 45; 28 U.S.C. § 1915(d).

Accordingly, it is **HEREBY ORDERED** that:

1. The Clerk of the Court shall forward the following documents to the United States Marshals Service:

   a. Two (2) completed and issued subpoenas duces tecum to be served on:

   **Joseph Rosa, Litigation Coordinator, Internal Affairs CPCR
   10111 Old Placerville Rd, Sacramento, CA 85827**

   b. One (1) completed USM-285 forms; and

   c. Two (2) copies of this order, one to accompany the subpoena and one for the Marshals Service.

2. Within **TWENTY (20) DAYS** from the date of this order, the Marshals Service

1    is DIRECTED to serve the subpoenas in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

3. The Marshals Service is DIRECTED to retain a copy of the subpoenas in its file for future use.

4. The Marshals Service SHALL effect **personal service** of the subpoenas duces tecum, along with a copy of this order, upon the entity and the individual named in the subpoenas pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

5. Within **TEN (10) DAYS** after personal service is effected, the Marshals Service SHALL file the returns of service, along with the costs subsequently incurred in effecting service. Said costs shall be enumerated on each USM-285 form.

DATED this 21st day of January, 2011.

_____
Stephen M. McNamee
United States District Judge