IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kenneth Wilson Norwood, ) | No. 1:07-CV-00889-SMM |
|     Plaintiff, ) | **ORDER** |
| vs. ) | |
| Suzan Hubbard, et al., ) | |
|     Defendants. ) | |

    Pending before the Court is Plaintiff's Motion to Court to send Plaintiff a "Courtesy Copy" of the Within Reply and Exhibits A-D (Doc. 130). Pursuant to a subpoena issued by this Court on December 22, 2010, third-party California Department of Corrections and Rehabilitation ("CDCR") was required to produce internal affairs investigative reports ("the Reports") regarding the incident at issue in this case. Asserting that the Reports were privileged and protected, CDCR responded to the subpoena with a Motion to Quash or, in the Alternative, for an *In Camera Review* of the Information Requested (Doc. 115). The Court denied the Motion to Quash, but granted the request for an *in camera* review (Doc. 128). The Court allowed the parties to file specific claims and objections to privilege by April 15, 2011.

    Plaintiff filed this Motion April 13, 2011. It is unclear the exact relief Plaintiff requests. Plaintiff asserts that he completed a memorandum showing that CDCR's claims of privilege over the Reports are invalid by the April 15 deadline, but that he is unable to file his objections because Pleasant Valley State Prison, his current residence, is on lock-down. Therefore, he "seeks a copy for responds [sic] purposes are [sic] appeal purposes just to be

1 safe" (Doc. 130).

2     Defendant shows good cause for an extension to the filing deadline for his objections. Therefore, the Court will allow Defendant to file his objections by May 25, 2011. As the Court cannot decipher what other relief the Motion requests, it will deny the Plaintiff's Motion without prejudice. Plaintiff may refile his Motion clearly stating the relief he requests.

    **IT IS HEREBY ORDERED** that Plaintiff may file any objections to CDCR's assertions of privilege by May 25, 2011.

    **IT IS FURTHER ORDERED** that the rest of Plaintiff's Motion is DENIED without prejudice.

DATED this 18th day of May, 2011.

_____
Stephen M. McNamee
United States District Judge