IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH WILSON NORWOOD, | ) | 1:07-cv-00889 SMM (PC) |
| Plaintiff, | ) | |
| | ) | ORDER AFTER SETTLEMENT |
| vs. | ) | CONFERENCE |
| | ) | |
| HUBBARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action brought under 42 U.S.C. § 1983. On March 16, 2012, the Court held a settlement conference in this matter and the parties were able to agree to settle the case. Pursuant to this Court's Local Rule 160, this Court ORDERS:

1. As soon as practicable **but no later than August 17, 2012**, the parties SHALL file a stipulated request for dismissal;

2. Beginning on May 18, 2012 and every 30 days there after, Defendants SHALL file and serve a status report detailing the progress in completing the settlement;

3. All pending dates in the matter, including the trial date, are **VACATED**;

///

///

///

-1-

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 110, 160.

IT IS SO ORDERED.

Dated:   **March 19, 2012**                                        /s/ **Jennifer L. Thurston**
                                                                                         UNITED STATES MAGISTRATE JUDGE