1

2

3

4

5 **IN THE UNITED STATES DISTRICT COURT**

6 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

7

8 Kenneth Wilson Norwood,                )      No. CV-1:07-889-SMM
                                         )
9          Plaintiff,                    )
                                         )
10 vs.                                   )      **ORDER**
                                         )
11                                       )
  Suzan Hubbard, et al.,                 )
12                                       )
          Defendants.                    )
13 _____   )
                                         )

14

15       Pending before the Court is Defendants Brandon, Canedo, Frescura, Gonzales,

16 Keener, Koelher, Morales, Pascua, Price, and Maldonado's Request to Withdraw Bill of

17 Costs.  (Doc. 177.)  Defendants Brandon, Canedo, Frescura, Gonzales, Keener, Koelher,

18 Morales, Pascua, Price, and Maldonado advise the Court that they agreed to withdraw their

19 Bill of Costs in order to help facilitate a settlement between Plaintiff Norwood and remaining

20 Defendant Carter.  (Id. at 2.)  For good cause shown,

21       **IT IS HEREBY ORDERED GRANTING** Defendants Brandon, Canedo, Frescura,

22 Gonzales, Keener, Koelher, Morales, Pascua, Price, and Maldonado's Request to Withdraw

23 Bill of Costs.  (Doc. 177.)  The Clerk of Court shall strike from the record the Bill of Costs

24 filed by Defendants Brandon, Canedo, Frescura, Gonzales, Keener, Koelher, Morales,

25 Pascua, Price, and Maldonado.  (Doc. 156.)

26       DATED this 23rd day of May, 2012.

27

28

_____
                Stephen M. McNamee
            Senior United States District Judge