# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kenneth Wilson Norwood, | No. CV-1:07-889-SMM |
| Plaintiff, | |
| vs. | **ORDER** |
| Suzan Hubbard, et al., | |
| Defendants. | |

Before the Court is the parties' Stipulation for Dismissal With Prejudice. (Doc. 181.) Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims, with all parties to bear their respective costs and attorneys' fees.

**IT IS FURTHER ORDERED** that all pending motions are **denied** as moot.

DATED this 21st day of June, 2012.

_____
Stephen M. McNamee
Senior United States District Judge