# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kenneth Wilson Norwood, | No. CV-1:07-889-SMM |
| Plaintiff, | |
| vs. | **ORDER** |
| Suzan Hubbard, et al., | |
| Defendants. | |

Before the Court is Plaintiff's Motion Requesting this Court to Dismiss Above Case Number in its Entirety and not Reactivate Case for any Purpose that Resulted from the Events of September 11, 2006.  (Doc. 183.)

Accordingly,

**IT IS HEREBY ORDERED** denying Plaintiff's motion as moot.  (Doc. 183.)  This case has been concluded and closed.

DATED this 8th day of August, 2012.

Stephen M. McNamee
Senior United States District Judge